LOURDES M. FIGUEROA-CORSER et al., Respondents, v TOWN OF CORTLANDT, Appellant, et al., Defendants.

Submitted November 25, 2013; decided January 21, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of HEATHER A.C., Respondent, v MICHAEL J.N., Appellant.

Submitted November 18, 2013; decided January 21, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Cross motion for incidental relief denied.

In the Matter of KATIE KICKERTZ, Respondent, v NEW YORK UNIVERSITY, Appellant.

Submitted December 16, 2013; decided January 21, 2014

Motion to strike granted with respect to pages 39-446 of the Compendium of Supreme Court Documents and the pages are deemed stricken; motion to strike otherwise denied.

Judge ABDUS-SALAAM taking no part.